IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **STEVEN RILEY,** | No. 2:06-cv-0765-GEB-GGH (PC) |
| Plaintiff, | **ORDER GRANTING DEFENDANTS EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |
| **v.** | |
| **C.A. TERHUNE, et al.,** | |
| Defendants. | |

    **GOOD CAUSE APPEARING**, the Court grants Defendants Goodson, Grannis,

Rodriguez, Terhune and Trujillo's request for an extension of time in which to file a responsive

pleading.  Defendants have to and including Wednesday, October 18, 2006, in which to file a

responsive pleading.

    **IT IS SO ORDERED.**


Dated: 9/19/06

/s/ Gregory G. Hollows
_____
HON. GREGORY G. HOLLOWS

ril765.eot.wpd

*Order Granting Defendants Extension of Time to File Responsive Pleading*

1