IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN E. RILEY,

        Plaintiff,               No. CIV S-06-0765 GEB GGH P

    vs.

C.A. TERHUNE, et al.,

        Defendants.       <u>ORDER</u>

_____/

        On September 15, 2006, plaintiff filed a request for entry of default as to all defendants.  On June 29, 2006, the court ordered the U.S. Marshal to serve process on defendants Terhune, Ryan, Trujillo, Rodriguez, Goodson, Bourland and Grannis.  On October 18, 2006, defendants Terhune, Trujillo, Rodriguez, Goodson and Grannis filed a timely motion to dismiss. Service as to defendants Ryan and Bourland has not yet been executed.  Therefore, no defendants are in default.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's September 15, 2006, request for entry of default is denied.

DATED:  11/15/06

                     /s/ Gregory G. Hollows

                 _____

ril765.def                 GREGORY G. HOLLOWS
                    UNITED STATES MAGISTRATE JUDGE