IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN E. RILEY,

        Plaintiff,                    No. CIV S-06-0765 GEB GGH P

    vs.

C.A. TERHUNE, et al.,

        Defendants.             ORDER

_____/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On June 29, 2006, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendants Bourland was returned unserved because he retired and did not leave any forwarding information. Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the complaint filed April 10, 2006;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for defendant Bourland;

    b. Two copies of the endorsed complaint filed April 10, 2006; and

    c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: 12/12/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:mp
rile0765.8e

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN E. RILEY,

      Plaintiff,                                 No. CIV S-06-0765 GEB GGH P

      vs.

C.A. TERHUNE, et al.,                     <u>NOTICE OF SUBMISSION</u>

      Defendants.                      <u>OF DOCUMENTS</u>

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____      completed summons form

        __1__      completed USM-285 forms

        __2__      copies of the April 10, 2006 Complaint

DATED:

                                              _____
                                              Plaintiff