IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN E. RILEY,

      Plaintiff,                   No. CIV S-06-0765 GEB GGH P

   vs.

C.A. TERHUNE, et al.,

      Defendants.            <u>ORDER</u>

/

        On November 1, 2006, plaintiff filed a motion for default as to defendants Terhune, Grannis, Trujillo, Rodriguez and Goodson. On November 2, 2006, plaintiff filed the identical motion. Accordingly, the November 2, 2006, motion is disregarded.

        On September 19, 2006, the court granted defendants Terhune, Grannis, Trujillo, Rodriguez and Goodson an extension of time to October 18, 2006, to file a responsive pleading. On October 18, 2006, these defendants filed a motion to dismiss. Defendants are not in default.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's November 1, 2006, motion for default is denied;

/////

/////

/////

1

1  2. Plaintiff's November 2, 2006, motion for default is disregarded.

2  DATED: 12/22/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

4  ril765.def(2)