IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN E. RILEY,

        Plaintiff,                    No. CIV S-06-0765 GEB GGH P

    vs.

C.A. TERHUNE, et al.,

        Defendants.             <u>ORDER</u>

_____/

        On June 29, 2006, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Bourland was returned unserved because he retired and did not leave any forwarding information. On December 13, 2006, the court granted plaintiff sixty days to provide additional information to serve this defendant.

        On February 15, 2007, plaintiff filed a request for judicial intervention stating that he is unable to locate defendant Bourland. Plaintiff states that on December 29, 2006, he sent defense counsel a request for production of documents requesting information regarding the location of defendant Bourland. Plaintiff claims that defense counsel did not respond to this request.

/////

/////

Accordingly, IT IS HEREBY ORDERED that within ten days of the date of this order, defendants shall file a response to plaintiff's February 15, 2007, request for judicial notice addressing plaintiff's claim that defendants failed to respond to his request for production of documents seeking information regarding the location of defendant Bourland.

DATED: 4/9/07

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

ril765.ord