IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN E. RILEY,

        Plaintiff,                      No. CIV S-06-0765 GEB GGH P

    vs.

C.A. TERHUNE, et al.,

        Defendants.               <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On June 29, 2006, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Bourland was returned unserved because he retired and did not leave any forwarding information. On December 13, 2006, the court granted plaintiff sixty days to provide additional information to serve this defendant.

        On February 15, 2007, plaintiff filed a request for judicial intervention stating that he was unable to locate defendant Bourland. Plaintiff stated that on December 29, 2006, he sent defense counsel a request for production of documents requesting information regarding the location of defendant Bourland. Plaintiff claimed that defense counsel did not respond to this request.

        On April 9, 2007, the court ordered defendants to file a response to plaintiff's

1

1  February 15, 2007, request for judicial notice addressing his claim that defendants failed to
2  respond to his request for production of documents seeking information regarding defendant
3  Bourland.

4      On April 19, 2007, defendants filed a response to the request for judicial notice.
5  Defendants stated that they contacted the personnel department at Calipatria State Prison to
6  locate information regarding defendant Bourland. The personnel department informed
7  defendants that defendant Bourland was retired and living out of state. The personnel department
8  would not give defendants any contact information regarding defendant Bourland, however, a
9  personnel supervisor contacted the last known number for defendant and left a message that he
10 was to contact the Attorney General's Office immediately. As of April 19, 2007, defendant
11 Bourland had not contacted the Attorney General's Office.

12     On May 16, 2007, the court ordered defendants to file a verified declaration by
13 counsel indicating when, to the best of counsel's knowledge, defendant Bourland was contacted
14 and whether he had contacted the Attorney General's Office.

15     On May 21, 2007, defendants filed a declaration by defense counsel stating that
16 on April 11, 2007, a message was left for defendant Bourland to contact the Attorney General's
17 Office immediately. As of May 21, 2007, defendant Bourland had not contacted the Attorney
18 General's Office.

19     Because of the difficulties described above in locating defendant Bourland, the
20 court directs defense counsel to serve the California Department of Corrections and
21 Rehabilitation with a subpoena requesting information regarding defendant Bourland's address.

22     Accordingly, IT IS HEREBY ORDERED that:

23     1. The Clerk of the Court is directed to serve defense counsel with the attached
24 subpoena addressed to the California Department of Corrections and Rehabilitation;
25 /////
26 /////

2. Defense counsel shall serve the California Department of Corrections with the attached subpoena.

DATED:   8/6/07

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

ril765.sup