IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN E. RILEY,

      Plaintiff,                          No. CIV S-06-0765 GEB GGH P

  vs.

C.A. TERHUNE, et al.,

      Defendants.                 <u>ORDER</u>

_____/

        On August 6, 2007, the court ordered defense counsel to serve the California Department of Corrections and Rehabilitation with a subpoena requesting information regarding defendant Bourland's address.

        Accordingly, IT IS HEREBY ORDERED that within ten days of the date of this order, defendants shall inform the court of the status of the service of the subpoena requesting information regarding defendant Bourland's address.

DATED: 9/11/07

                                     /s/ Gregory G. Hollows

                                     UNITED STATES MAGISTRATE JUDGE

ril765.st