IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN E. RILEY,

      Plaintiff,                    2:06-cv-0765-GEB-GGH-P

  vs.

C.A. TERHUNE, et al.,

      Defendants.          ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On August 8, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed August 8, 2007, are adopted in full; and

2. Defendants' October 18, 2006, motion to dismiss is granted as to the claims against defendant Grannis; defendants' motion is denied in all other respects.  Defendant Terhune may file a renewed motion to dismiss no more than thirty days from the filed date of this order.

September 26, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge