IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN E. RILEY,

        Plaintiff,                  No. CIV S-06-0765 GEB GGH P

    vs.

C.A. TERHUNE, et al.,

        Defendants.         <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action. Pending before the court is plaintiff's October 25, 2007, request for entry of default as to defendant Ryan. Fed. R. Civ. P. 55(a).

        On August 24, 2007 the returned waiver of service of summons for defendant Ryan was filed. This form states that defendant Ryan's response to the complaint was due within sixty days of June 27, 2007. On October 30, 2007, defendant Ryan filed an answer to the complaint as well as a response to the request for entry of default. Defendants state that defendant Ryan's failure to file a timely answer was due to an error in the computer system at the Attorney General's office.

        While defendant Ryan's answer was not timely filed, plaintiff has not demonstrated that he suffered any prejudice as a result of the untimely answer. Moreover, the

1

1  failure to timely respond was inadvertent.  For these reasons the court finds that entry of default
2  is not appropriate.
3       Accordingly, IT IS HEREBY ORDERED that plaintiff's October 25, 2007,
4  request for entry of default is denied.
5  DATED: 11/20/07                              /s/ Gregory G. Hollows
6                                              UNITED STATES MAGISTRATE JUDGE
7
8  ril765.def
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26