IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN E. RILEY,

      Plaintiff,                       No. CIV S-06-0765 GEB GGH P

   vs.

C.A. TERHUNE, et al.,

      Defendants.               <u>ORDER</u>

_____/

        On August 6, 2007, the court ordered defense counsel to serve the California Department of Corrections and Rehabilitation with a subpoena requesting information regarding defendant Bourland's address. On September 11, 2007, the court ordered defendants to inform the court of the status of the subpoena.

        On September 18, 2007, defendants informed the court that defense counsel had located defendant Bourland and was in the process of working with the Marshal's office to accept service on his behalf.

/////

/////

/////

/////

1

1 | Accordingly, IT IS HEREBY ORDERED that within ten days of the date of this
2 | order, defendants shall inform the court of the status of the service defendant Bourland.
3 | DATED: 12/13/07

/s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE

ril765.st(2)