IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN E. RILEY,

      Plaintiff,                     No. CIV S-06-0765 GEB GGH P

    vs.

C.A. TERHUNE, et al.,

      Defendant.                ORDER

_____/

        On February 21, 2008, plaintiff filed a request for an accounting of the filing fee that has been paid. Plaintiff does not set forth any grounds in support of this request. Plaintiff does not allege, for example, that he has overpaid the fee. Accordingly, this request is denied.

        Plaintiff also requests information regarding how to obtain a "motion" day. Because plaintiff is incarcerated, motions are heard pursuant to Local Rule 78-230(m). On January 7, 2008, the court issued a scheduling order setting forth the deadlines in this action.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's February 21, 2008, request for an accounting and for information regarding how to obtain a motion day is denied.

DATED: 04/18/08

                                      /s/ Gregory G. Hollows

riley.ord                             UNITED STATES MAGISTRATE JUDGE

1