1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   STEVEN E. RILEY,

11            Plaintiff,              No. CIV S-06-0765 GEB GGH P

12       vs.

13   C.A. TERHUNE, et al.,

14            Defendant.             ORDER

15   _____/

16            On April 16, 2008, plaintiff filed a request for five subpoenas.  Plaintiff does not

17   state how he intends to use the subpoenas.

18            Accordingly, IT IS HEREBY ORDERED that plaintiff's April 16, 2008, request

19   for subpoenas is denied because it is not well supported.

20   DATED:  05/19/08

21                                        /s/ Gregory G. Hollows
                                      _____
22   ril465.ord(2)                     UNITED STATES MAGISTRATE JUDGE

23

24

25

26

                                        1