1

2

3

4

5

6

7

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 STEVEN E. RILEY,

12         Plaintiff,              2:06-cv-0765-GEB-GGH-P

13     vs.

14 C.A. TERHUNE, et al.,

15         Defendants.        ORDER

16 _____/

17         Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

18 seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate

19 Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

20         On April 2, 2009, the magistrate judge filed findings and recommendations herein

21 which were served on all parties and which contained notice to all parties that any objections to

22 the findings and recommendations were to be filed within twenty days. Plaintiff has filed

23 objections to the findings and recommendations.

24         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

25 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the

26 ///

1

entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 2, 2009, are adopted in full; and

2. Defendants' October 1, 2008, motion for summary judgment (Docket No. 63) is granted and plaintiff's complaint be dismissed in its entirety.

Dated: April 23, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge